IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 4 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. **05-CV-1306**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

WILLARD SMITH, JR.,
RANDY EDDINGS, and
LAFAYETTE COLLINS,

   Plaintiffs,

v.

OTERO COUNTY SHERIFF'S DEPT.,

   Defendant.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFFS TO CURE DEFICIENCY

---

Plaintiffs Willard Smith, Jr., Randy Eddings, and Lafayette Collins have submitted a "Class Action Civil Suit Under Prisoner's 1983 Civil Rights Complaint U.S. 42 C" and a Motion to Proceed In forma Pauperis. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. The Plaintiffs will be directed to cure the following if they wish to pursue their claims. Any papers which the Plaintiffs file in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   XX    is not submitted separately by each Plaintiff
(2)   __    is missing affidavit
(3)   XX    is missing certified copy of prisoner's trust fund statement for the 6-month

|       |     | period immediately preceding this filing submitted **by each Plaintiff** |
|-------|-----|---|
| (4)   | __  | is missing required financial information |
| (5)   | __  | is missing an original signature by the prisoner |
| (6)   | _X_ | is not on proper form (must use the court's current form) |
| (7)   | __  | names in caption do not match names in caption of complaint, petition or habeas application |
| (8)   | __  | An original and a copy have not been received by the court. Only an original has been received. |
| (9)   | __  | other_____ |

**Complaint, Petition or Application:**

| (10) | __  | is not submitted |
|------|-----|---|
| (11) | _X_ | is not on proper form (must use the court's current form) |
| (12) | __  | is missing an original signature by the prisoner |
| (13) | __  | is missing page nos. __ |
| (14) | __  | uses et al. instead of listing all parties in caption |
| (15) | __  | An original and a copy have not been received by the court. Only an original has been received. |
| (16) | __  | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17) | __  | names in caption do not match names in text |
| (18) | __  | other _____ |

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail **to each Plaintiff**, together with a copy of this order, two copies of both the Prisoner Complaint form and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form. It is

FURTHER ORDERED that, if the Plaintiffs fail to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __14__ day of __July__, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. **05-CV-1306**

Willard Smith, Jr.
103 East Oak – A Pod A-7
Lamar, CO 81052

Randy Eddings
103 East Oak – A Pod A-2
Lamar, CO 81052

Lafayette Collins
8915 S. East Tolman Street
Portland, OR 97266

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on __7-14-05__

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk