IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 6 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01306-OES

WILLARD SMITH, JR.,
RANDY EDDINGS, and
LAFAYETTE COLLINS,

    Plaintiffs,

v.

OTERO COUNTY SHERIFF'S DEPT.,

    Defendant.

## SECOND ORDER TO CURE DEFICIENCIES

Plaintiffs Willard Smith, Jr., Randy Eddings, and Lafayette Collins initiated this action by filing **pro se** a motion seeking leave to proceed **in forma pauperis** and a complaint titled "Class Action Civil Suit Under Prisoner's 1983 Civil Rights Complaint U.S. 42 C." On July 14, 2005, the court entered an order directing the clerk of the court to commence a civil action and directing Plaintiffs to cure certain deficiencies if they wished to pursue their claims in this action. Specifically, the court ordered Plaintiffs to file individual motions seeking leave to proceed **in forma pauperis** on the proper form, to submit individual certified copies of their inmate trust fund account statements, and to file the complaint on the proper form.

In response to the court's July 14 order the court has received individual motions seeking leave to proceed **in forma pauperis** from each Plaintiff and five separate complaints. On July 29, 2005, Mr. Eddings submitted a motion seeking leave to proceed **in forma pauperis** and two slightly different complaints on the court's Prisoner

Complaint form in which he is the only named Plaintiff. Also on July 29, 2005, Mr. Smith submitted a motion seeking leave to proceed *in forma pauperis* and two slightly different complaints on the court's Prisoner Complaint form in which he is the only named Plaintiff. Finally, on August 22, 2005, Mr. Collins submitted a motion seeking leave to proceed *in forma pauperis* and a Prisoner Complaint in which he is the only named Plaintiff. Mr. Collins also filed on August 19, 2005, a motion for an extension of time to cure the deficiencies. That motion will be granted and the documents filed on August 22 will be considered timely.

Because each Plaintiff has submitted one or two complaints listing himself as the only named Plaintiff in this action, it is not clear whether Plaintiffs intend to proceed jointly in this action or in individual actions. If Plaintiffs intend to proceed jointly in this action without representation of counsel, they must file one amended complaint that is signed by all three Plaintiffs. The fact that Plaintiffs apparently are incarcerated in three separate facilities at this time does not eliminate the requirement that each Plaintiff sign one complaint if Plaintiffs wish to proceed jointly and are not represented by counsel. The court strongly advises Plaintiffs to retain counsel if they wish to proceed jointly in this action.

Alternatively, each Plaintiff may pursue his own claims in a separate, individual action. If any Plaintiff wishes to pursue his claims in a separate, individual action, he must clearly advise the court of his intention to do so and a new civil action will be opened for that Plaintiff. If any Plaintiff files an individual complaint in response to this order that lists himself as the only named Plaintiff, the court will assume that Plaintiff intends to proceed in an individual action. The court will not address the motions

2

seeking leave to proceed *in forma pauperis* until Plaintiffs clarify whether they intend to proceed jointly in this action or in individual actions. Accordingly, it is

ORDERED that the motion for extension of time filed on August 19, 2005, by Plaintiff Lafayette Collins is granted. It is

FURTHER ORDERED that, if Plaintiffs intend to proceed jointly in this action, they cure the deficiency in this action **within thirty (30) days from the date of this order** by filing one complaint that is either signed by each Plaintiff or by counsel. It is

FURTHER ORDERED that, if any Plaintiff wishes to proceed in a separate, individual action, he clearly advise the court of his intention to do so **within thirty (30) days from the date of this order**. It is

FURTHER ORDERED that the clerk of the court mail to each Plaintiff, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that if any Plaintiff fails to respond to this order within the time allowed, that Plaintiff will be dismissed as a party to this action.

DATED at Denver, Colorado, this 26 day of August, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01306-OES

Lafayette Collins
Reg. No. 127027
8915 S.E. Tolman St.
Portland, OR 97266

Williard Smith, Jr.
Inmate No.
103 E. Oak
Lamar, CO 81052

Randy Eddings
103 E. Oak St.
Lamar, CO 81052

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on  8-26-05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk