IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 25 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01306-WDM-OES

WILLARD CLAYTON SMITH,

    Plaintiff,

v.

CHRIS JOHNSON, Sheriff, Otero County,

    Defendant.

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

DATED at Denver, Colorado, on January 18, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01306-WDM-OES

Willard Clayton Smith
Prisoner No. 82060
11100 County Road GG.5
Las Animas, CO 81054

US Marshal Service
Service Clerk
Service forms for: Chris Johnson

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to United States Marshal Service for process of service on Chris Johnson: AMENDED COMPLAINT FILED 12/23/05, SUMMONS, AND CONSENT FORM on 1/25/06.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk