IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01306-WDM-OES

WILLARD SMITH, JR.;

Plaintiff,

vs.

CHRIS JOHNSON, Sheriff, Otero County;

Defendant(s).

_____

**ORDER SETTING PRELIMINARY SCHEDULING/STATUS CONFERENCE
FOR PRISONER CASES**
_____

ORDER ENTERED BY U.S. MAGISTRATE JUDGE O. EDWARD SCHLATTER

  A Preliminary Scheduling/Status Conference is hereby set for **April 28, 2006,** at the hour of 9:00 a.m., in the U.S. Courthouse, Courtroom A-601, 901 19th Street, Denver, Colorado.  The plaintiff shall participate in this conference by telephone.  Counsel may attend in person or by telephone, at counsel's discretion.  <u>The plaintiff shall notify all parties who have not entered an appearance of the date and time of the Scheduling/Status Conference.</u>

  The parties need not comply with the requirements of Fed.R.Civ.P. 16 and D.C.COLO.LR. 16.2 and 26.1.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing any motions, and what discovery, if any, will be needed.

  Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303)844-4507 on the above date and time in order to participate.

  **In compliance with D.C.Colo.LCivR 83.2, <u>and in order to gain entry to the Federal Courthouse,</u> all parties, counsel and witnesses <u>must</u> have on their person appropriate photo identification.**