IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01306-WDM-MEH

WILLARD CLAYTON SMITH,

Plaintiff,

v.

CHRIS JOHNSON, Sheriff, Otero County,

Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 27, 2006.**

Based upon the Court's rulings in this matter, *see* Dockets #28 and #33, the issues raised in the Motion for Amendment of Civil Case [Filed November 21, 2005; Docket #30] have been resolved and the motion is deemed **moot** .