IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01306-WDM-MEH

WILLARD CLAYTON SMITH,

    Plaintiff,

v.

CHRIS JOHNSON, Sheriff, Otero County,

    Defendant.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

    This matter is before me on the recommendation of Magistrate Judge Michael E. Hegarty, issued May 5, 2006, that Defendant Chris Johnson's motion to dismiss, filed March 6, 2006, be granted. Plaintiff Willard Clayton Smith (Smith) failed to file an objection to this recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b).

    Having reviewed the pertinent portions of the record in this case, including the recommendation and the motion, I agree with Magistrate Judge Hegarty that this case should be dismissed as moot. Smith's Complaint seeks only injunctive relief relating to conditions at the Otero County Jail. The undisputed evidence, however, indicates that Smith is not currently incarcerated in Otero County, nor will he be in the reasonably foreseeable future. Therefore, this court lacks subject matter jurisdiction to provide the

injunctive relief that Smith seeks.  See *McAlpine v. Thompson*, 187 F.3d 1213, 1215 (10th Cir. 1999).

Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Hegarty, issued May 5, 2006 (Docket No. 68), is accepted.

2. Defendant's motion to dismiss, filed March 6, 2006 (Docket No. 58), is granted.

3. This case is dismissed without prejudice.

DATED at Denver, Colorado, on June 5, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge